1 JaVonne M. Phillips, Esq. SBN 187474
2 Nancy Lee, Esq. SBN 272035
**McCarthy & Holthus, LLP**
3 1770 Fourth Avenue
San Diego, CA 92101
4 Phone (877) 369-6122
5 Fax (619) 685-4811

6 Attorneys for U.S. Bank National Association, as indenture trustee, for the CIM Trust 2016-2, Mortgage-Backed Notes, Series 2016-2, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| In re: | ) Case No. 17-11148 |
| | ) |
| Darlene Holland | ) Chapter 13 |
| Paul Holland, Jr., | ) |
| | ) **PROOF OF SERVICE OF NOTICE** |
| Debtors. | ) **OF MORTGAGE PAYMENT** |
| | ) **CHANGE** |
| | ) |
| | ) Judge: Fredrick E. Clement |

**CERTIFICATE OF SERVICE**

On 5/9/2018, I served the foregoing **NOTICE OF MORTGAGE PAYMENT CHANGE** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

**DEBTOR(S)**
Darlene Holland, 2139 S Weller Ave., Fresno, CA 93706

Paul Holland, Jr., 2139 S Weller Ave., Fresno, CA 93706

**DEBTOR(S) COUNSEL**
Marshall D. Moushigian, 8225 N. Yorktown Dr., Fresno, CA 93720

Nicholas Wajda, 11400 W. Olympic Blvd., Ste. 200, Los Angeles, CA 90064

**TRUSTEE**
Michael H. Meyer, PO Box 28950, Fresno, CA 93729

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated: 5/9/2018           /s/ Hue Banh
                          Hue Banh