```
                         United States Bankruptcy Court
                          Eastern District of California
In re:                                                        Case No. 17-11148-A
Paul Holland                                                  Chapter 13
Darlene Holland
         Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0972-1         User: admin              Page 1 of 1              Date Rcvd: Oct 02, 2018
                             Form ID: pdf013          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2018.
db/jdb       +Paul Holland, Jr.,   Darlene Holland,   2139 S Weller Ave.,   Fresno, CA 93706-4247
aty          +Marshall D. Moushigian,   8225 N Yorktown Dr,   Fresno, CA 93720-2235
aty          +Nicholas Wajda,   11400 W. Olympic Blvd., Ste. 200,   Los Angeles, CA 90064-1584

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2018                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2018 at the address(es) listed below:
NONE.                                                                                              TOTAL: 0
```

| | |
|---|---|
| 1 | MICHAEL H. MEYER |
| 2 | CHAPTER 13 STANDING TRUSTEE<br>PO BOX 28950 |
| 3 | FRESNO, CA 93729<br>TELEPHONE (559) 275-9512 |
| 4 | cvinson@meyer13.com |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

IN RE:

PAUL HOLLAND
XXX-XX-1324
DARLENE HOLLAND
XXX-XX-5900                                    Debtor(s)

CASE NO: 17-11148-A-13F
**CHAPTER 13**
**NOTICE OF DEFAULT AND INTENT TO DISMISS CASE**

Michael H. Meyer, Chapter 13 Standing Trustee in the above referenced case, intends to submit an Order Dismissing Case, as provided by LBR 3015-1(g) and 11 U.S.C. § 1307(c) (for cause) due to debtor's(s') failure to make payment(s) pursuant to a confirmed plan. A list of payments received by the Trustee is attached as Exhibit A.

**As of October 2, 2018, payments are delinquent in the amount of $3,004.69.**

If the debtor(s) acknowledges that the payments have not been made, the debtor(s) has two options: (1) debtor(s) may bring the payments current or (2) debtor(s) may file a modified plan.

If debtor(s) chooses to bring the payments current then debtor(s) must follow the following payment requirements:

**Payment Due Dates:**

1. **The current delinquent amount of $3,004.69 must be RECEIVED BY THE TRUSTEE on or before October 31, 2018;**

   **OR**

2. **If the above amount is not received by October 31, 2018, then the sum of $3,004.69 PLUS the current month's payment of $3,011.11 for a total of $6,015.80 must be RECEIVED BY THE TRUSTEE on or before November 15, 2018.**

NOTICE OF DEFAULT
AND INTENT TO DISMISS

Page 1

If debtor(s) elects to cure the default by modification, debtor(s) must file a modified plan that cures the default within 30 days of the mailing of this notice, pursuant to LBR 3015-1(d)(2).

If, and only if, debtor(s) believes there is NO DEFAULT IN PLAN PAYMENTS, then within 28 days of the mailing of the notice, the debtor(s) shall file, serve, and set for hearing an Objection to the Notice of Default giving the Trustee at least 14 days' notice, pursuant to LBR 9014-1(f)(2). An Objection shall state with particularity the grounds therefore, be supported by evidence, and accompanied by a notice of objection hearing. An objection and notice of hearing must be served on the following:

(a) Michael H. Meyer by email at: **cvinson@meyer13.com**
Or by first class mail at
P.O. BOX 28950
Fresno, Ca 93729-8950

(b) The US Trustee's Office: **ustpRegion17.fr.ecf@usdoj.gov**

If the Trustee demonstrates that the debtor(s) has failed to make the payment(s) required by the confirmed plan, or if the debtor(s) fails to rebut the Trustee's evidence, the case shall be dismissed at the hearing.

Furthermore, if the debtor fails to timely set a hearing on the Trustee's notice, or cure the default by payment, or file a proposed modified plan and motion, or perform the modified plan pending its approval, or obtain approval of the modified plan, the case will be dismissed without a hearing on the Trustee's application.

Dated: October 2, 2018               /s/Michael H. Meyer
                                     Michael H. Meyer
                                     Chapter 13 Standing Trustee

**Exhibit A to Notice of Default**

**Case No.:** 17-11148-A-13F

PAUL HOLLAND
DARLENE HOLLAND

| Date Posted | Transaction Type | Source | Check/MO# | Amount |
|---|---|---|---|---|
| 10/02/2018 | Receipt | TFS Nationwide | | 7.99 |
| 08/29/2018 | Receipt | TFS Nationwide | | 3,010.00 |
| 07/27/2018 | Receipt | TFS Nationwide | | 3,010.00 |
| 06/27/2018 | Receipt | TFS Nationwide | | 3,010.00 |
| 05/30/2018 | Receipt | TFS Nationwide | | 3,003.00 |
| 04/30/2018 | Receipt | TFS Nationwide | | 3,003.00 |
| 03/30/2018 | Receipt | TFS Nationwide | | 3,003.00 |
| 03/01/2018 | Receipt | TFS Nationwide | | 3,003.00 |
| 01/31/2018 | Receipt | TFS Nationwide | | 3,003.00 |
| 01/03/2018 | Receipt | TFS Nationwide | | 3,003.00 |
| 12/01/2017 | Receipt | TFS Nationwide | | 3,003.00 |
| 11/14/2017 | Receipt | TFS Nationwide | | 115.00 |
| 10/31/2017 | Receipt | TFS Nationwide | | 3,003.00 |
| 10/10/2017 | Receipt | TFS Nationwide | | 3,003.00 |
| 08/31/2017 | Receipt | TFS Nationwide | | 3,002.00 |
| 07/31/2017 | Receipt | TFS Nationwide | | 3,003.00 |
| 07/05/2017 | Receipt | TFS Nationwide | | 2,876.40 |
| 06/06/2017 | Receipt | TFS Nationwide | | 90.00 |
| 06/01/2017 | Receipt | TFS Nationwide | | 2,786.40 |
| 04/18/2017 | Receipt | TFS Nationwide | | 2,786.40 |

**Gross Debtor Receipts:** 50,724.19
**Less Debtor Refunds:** 0.00
**Net Debtor Receipts:** **50,724.19**

Page 1 of 1     Date Printed 10/2/2018